## 82-DR-43-93

Howard A. ANDERSON, Appellant, (Petitioner), v. Mae G. ANDERSON, H. A. Anderson, Inc., a South Carolina Corporation and Caro-Strand, Inc., a South Carolina Corporation, Respondents.

Supreme Court

## ORDER

*Joseph T. McElveen, Jr., Bryan, Bahnmuller, King, Goldman & McElveen,* Sumter, *for respondents.*

*C. Dixon Lee, III,* Sumter, *for petitioner.*

April 18, 1985.

The above entitled cause is pending on Petition for *Writ of Certiorari* in this Court. It now appears that Petitioner wishes to withdraw the appeal and moves the Court for an Order dismissing the appeal.

IT IS ORDERED that the above captioned appeal be and hereby is dismissed.